UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JGG; JOSHUA JONATHAN JOSEPH GUMORA<br><br>       Plaintiff,<br><br>  -against-<br><br>DAVID GUMORA, ET AL<br><br>       Defendant. | 22-CV-7659(LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 24, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 24, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge